# Exhibit A

Permanent Website Links as of November 17, 2021

**Permanent Links to Defendants' Websites**

*The following links preserve each website listed in the Complaint as it appeared on the date of filing: November 17, 2021.*

¶ 30 - USCIS FOIA Website: https://perma.cc/ED3S-X2MU

¶ 32 - DHS FOIA Library: https://perma.cc/8XG6-PAJM

¶ 34 - DHS SORNs Website: https://perma.cc/QZU4-7PS7

¶¶ 26 n.1, 38 - State Department "Major Information Systems" Website: https://perma.cc/M2YZ-DMWB

¶ 39 - State Department IT Dashboard: https://perma.cc/A3UN-KC42