

U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

August 31, 2022

By ECF
The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *International Refugee Assistance Project v. Dep't of Homeland Security, et al.*,
            No. 21 Civ. 9519 (JLC) (S.D.N.Y.)

Dear Judge Cott:

      We write jointly with plaintiff the International Refugee Assistance Project ("IRAP") to provide a status update in accordance with the Court's order dated June 24, 2022, Dkt. No. 29. This matter involves Freedom of Information Act ("FOIA") claims brought against the U.S. Department of State ("State") and U.S. Citizenship and Immigration Services ("USCIS") as well as Administrative Procedure Act ("APA") claims brought against State and the U.S. Department of Homeland Security ("DHS"). Since the parties' last status report, Dkt. No. 28, the parties have continued to work cooperatively and have again reached agreement regarding next steps in the litigation. Accordingly, and as outlined below, we respectfully propose to file a further status report by November 4, 2022, to further update the Court on the progress of this litigation.

      *Agencies' Status Update on the FOIA Claims*: USCIS and State are currently in the process of responding to FOIA requests submitted by IRAP, which are attached to IRAP's complaint as Exhibits B and C.

      Since the parties' last status report, USCIS made two additional productions of documents responsive to IRAP's FOIA requests on July 15, 2022 and August 22 2022, for a total of six productions to date. USCIS has now completed its productions associated with its initial search, *see* Dkt. No. 24 (describing USCIS's search), apart from one twenty-page chart that is included within USCIS's FOIA case processing guide. Because that record contains information relevant to multiple other agencies and sub-agencies, USCIS is currently consulting with more than thirty agencies to seek their input on how that chart should be processed under FOIA. USCIS is working towards completing these consults as expeditiously as possible and has requested responses by September 16, 2022. In addition, USCIS is currently working to answer certain questions about its productions that were raised by IRAP on August 29, 2022, which may result in an additional search and production. USCIS will update IRAP in writing on additional responsive records identified by September 20, 2022. To the extent that further responsive records are identified,

USCIS intends to process 500 pages of responsive materials per month, with rolling productions to begin in late September or early October. IRAP reserves the right to revisit and challenge production rates once the extent of responsive records becomes clearer and in the event that USCIS identifies additional responsive records.

On August 16, 2022, State made its final production of documents responsive to IRAP's FOIA requests that resulted from its search for records within its Office of Information Programs and Services. *See* Dkt. No. 24 (describing State's search). In response to questions raised by IRAP in July, State tasked four additional components who handle processing of their own subject-matter specific FOIA requests—Human Resources, Medical, Diplomatic Security, and some parts of Consular Affairs—to search for records responsive to IRAP's requests. Thus far, State has identified around two-thousand pages of potentially responsive documents resulting from those additional searches. State intends to process 300 pages of responsive materials per month, with rolling productions to begin September 27, 2022. IRAP reserves the right to revisit and challenge production rates once the extent of responsive records becomes clearer and in the event that State identifies additional responsive records. In addition, State is currently working to answer certain questions about its productions that were raised by IRAP on August 29, 2022, and will provide IRAP with a written update by September 20, 2022.

*Agencies' Status Update on the APA Claims:* State and DHS have been in the process of reviewing their public Major Information Systems websites for compliance with the APA and FOIA's Major Information Systems requirement, 5 U.S.C. § 552(g).

Since the parties' last status report, State has completed its review of its information systems and has published its completed Major Information System index, available at https://foia.state.gov/Learn/MIS.aspx. IRAP is currently reviewing State's updated webpage to determine whether it believes that this page meets the requirements of 5 U.S.C § 552(g). State will remain available to discuss its updated webpage with IRAP.

DHS has also gone live with an updated Major Information Systems webpage, which is available at: https://www.dhs.gov/publication/dhs-major-information-systems-mis. In response to issues raised by IRAP, DHS updated its Major Information Systems index to include several additional systems that have "high development, operating, or maintenance costs"—one of the metrics by which OMB Circular A-130 defines a "major information system." In addition, DHS has updated its index to include hyperlinks to the pertinent Systems of Records Notices and/or Privacy Impact Assessments, where applicable, and to be viewable as one consolidated list.[1] DHS is currently working to update its webpage with the Major Information Systems maintained by the U.S. Coast Guard and will update IRAP when it has completed its review of Coast Guard systems. The parties intend to continue dialogue in response to questions and concerns raised by IRAP regarding the agency's compliance with 5 U.S.C § 552(g).

*Parties' Update on Next Steps:* Defendants and IRAP have been in communication with respect to IRAP's FOIA and APA claims and intend to continue to work together to see whether any remaining issues can be resolved without litigation. To facilitate this process, the parties propose to submit a further status update to the Court by **November 4, 2022**, to provide an

---

[1] DHS is aware of and troubleshooting a problem viewing this list. DHS is committed to resolving the issue expeditiously and will notify IRAP when it does.

opportunity for the parties to continue their discussions about both State and DHS's Major Information Systems listings and State and USCIS's FOIA productions.

    We thank the Court for its attention to this matter.

                                        Respectfully,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                    By:   */s/ Zachary Bannon*
                           ZACHARY BANNON
                           ELLEN BLAIN
                           Assistant United States Attorneys
                           86 Chambers Street, Third Floor
                           New York, New York 10007