```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 2/28/2023 _
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,

                                        Plaintiff,                              21-CV-09519 (JLC)

                    -against-                                                   **ORDER**

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

                                        Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On Tuesday, February 28, 2023, the Honorable James L. Cott directed the parties to

contact my chambers to schedule a settlement conference and report on the status of these

negotiations by April 21, 2023. ECF No. 39. Accordingly, the Court directs the parties to

immediately contact Courtroom Deputy Rachel Slusher, at Rachel_Slusher@nysd.uscourts.gov,

to indicate whether they are available for a settlement conference on April 11, 12, 17 or 18,

2023. These dates are not being held and could be scheduled with other matters.

        Finally, the parties are advised that the Executive Director of the International Refugee

Assistance Project is the spouse of a law partner of Judge Netburn's husband. The Court does not

believe this creates a conflict but discloses this information for full transparency. If either party

believes the Court should recuse, it may make an application and the matter will be assigned to

another Magistrate Judge.

**SO ORDERED.**

DATED:        February 28, 2023
              New York, New York

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge