UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,

                    Plaintiff,

      -against-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

                   Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2023

21-CV-09519 (JLC)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A settlement conference is scheduled for Friday, June 2, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations and preferably before the submission to the Court of Acknowledgment Forms and *Ex Parte* Settlement Letters, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Friday, May 26, 2023.

**SO ORDERED.**

DATED:    April 13, 2023
              New York, New York

SARAH NETBURN
United States Magistrate Judge