UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT,

                       Plaintiff,                     21-CV-09519 (JLC)

        -against-                            **SETTLEMENT CONFERENCE ORDER**

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The settlement conference scheduled for Friday, June 2, 2023, is RESCHEDULED to Wednesday, August 2, 2023, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. Ex Parte Settlement Letters and Attendance forms should be submitted by July 26, 2023, to Netburn_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

                                                           _____
                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     May 25, 2023
                New York, New York