UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT,

                    Plaintiff,                        21-CV-09519 (JLC)

      -against-                         **ORDER**

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

                    Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have advised the Court that a settlement of all claims has been reached. Accordingly, the settlement conference scheduled for October 3, 2023, is ADJOURNED without further date.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    September 27, 2023
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2023