```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
INTERNATIONAL REFUGEE                                       :
ASSISTANCE PROJECT,                                         :
                                                            :
                          Plaintiff,                        :
                                                            :
        -v-                                                 :
                                                            :
UNITED STATES DEPARTMENT OF                                 :
HOMELAND SECURITY et al.,                                   :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/04/2023

**ORDER OF DISMISSAL**

21-CV-9519 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court having been advised by counsel's letter dated October 3, 2023 (Dkt. No. 52) that all claims asserted herein have now been settled, including the attorney's fees issue, it is hereby ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, but without prejudice to the right to reopen the action within 60 days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen must be filed within 60 days of the date of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 60-day period to be "so ordered" by the Court. Nothing herein prevents the parties from separately filing a stipulation and

1

<u>order of settlement with respect to the attorney's fees issue and a dismissal of the case.</u>

Any pending motions are moot. The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated: October 4, 2023
      New York, New York

JAMES L. COTT
United States Magistrate Judge